FIRSTCO, INC., Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 77–2215.

United States Court of Appeals,
Fifth Circuit.

Nov. 27, 1979.

Leonard D. Van Slyke, Jr., James P. Knight, Jr., Jackson, Miss., for plaintiff-appellant.

Robert E. Hauberg, U. S. Atty., Jackson, Miss., Gilbert E. Andrews, Act. Chief, M. Carr Ferguson, Asst. Atty. Gen., Leonard Henzke, Jr., Marilyn E. Brookens, Attys., Tax Division, U. S. Dept. of Justice, Washington, D. C., for defendant-appellee.

Before GODBOLD, HILL and POLITZ, Circuit Judges.

PER CURIAM:

The findings of fact by the district court are fully supported by the record. For the reasons set forth in the carefully prepared and scholarly opinion reported at 430 F.Supp. 1193 (S.D.Miss.1977), the decision is

AFFIRMED.

SOCIALIST WORKERS PARTY et al.,
Plaintiffs-Appellees,

v.

Paul J. HARDY and Edwin W. Edwards,
Defendants-Appellants.

No. 77–2736.

United States Court of Appeals,
Fifth Circuit.

Nov. 28, 1979.

Joseph W. Thomas, Ronald C. Davis, Asst. Attys. Gen., New Orleans, La., for defendants-appellants.

R. James Kellogg, New Orleans, La., for plaintiffs-appellees.

Before GODBOLD, HILL and POLITZ, Circuit Judges.

PER CURIAM:

AFFIRMED on the opinion of the district court, No. 77–2211 (E.D.La. Aug. 5, 1979).